Ekwan E. Rhow - State Bar No. 174604
　　erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
　　tyoo@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
　　clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Respondent
LG H&H Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNNA KIM, | Case No. 2:26-Cv-03560-Ks |
| Petitioner, | |
| vs. | **NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |
| LG H&H CO., LTD., | |
| Respondent. | *Filed Concurrently with [Proposed] Judgment; Exhibits A and B* |
| | [Los Angeles County Superior Court Case No. 26stcp00929] |
| | Assigned to Hon. Karen L. Stevenson, Chief Magistrate Judge Courtroom 580 |

6047880.1

1

NOTICE OF LODGING OF [PROPOSED] JUDGMENT

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's July 2, 2026 Text Order (Dkt No. 15), the parties hereby lodge with the Court the [Proposed] Judgment to confirm the arbitration award, which is attached hereto as Exhibit 1.

DATED:  July 15, 2026

Ekwan E. Rhow
Timothy B. Yoo
Christopher Jumin Lee
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: _____
            Christopher Jumin Lee
      Attorneys for Respondent  LG H&H Co.,
      Ltd.

DATED:  July 15, 2026

Nathan D. Meyer
Larry C. Russ
Erika S. Kim
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

By: _____s/ Nathan D. Meyer_____
            Nathan D. Meyer
      Attorneys for Petitioner Sunna Kim

6047880.1

2

NOTICE OF LODGING OF [PROPOSED] JUDGMENT

## **ATTESTATION**

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.

DATED:  July 15, 2026

_____
Christopher Jumin Lee
Attorney for Respondent LG H&H Co., Ltd.

6047880.1

3

NOTICE OF LODGING OF [PROPOSED] JUDGMENT