# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNNA KIM,<br><br>　　　　Petitioner,<br><br>vs.<br><br>LG H&H CO., LTD.,<br><br>　　　　Respondent. | Case No. 2:26-cv-03560-KS<br><br>**[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD**<br><br>[Los Angeles County Superior Court Case No. 26stcp00929]<br><br>Assigned to Hon. Karen L. Stevenson, Chief Magistrate Judge<br>Courtroom 580 |

6043365.2

1

Having considered all the papers filed regarding the unopposed Petition to Confirm the Arbitration Award (the "Petition"), and finding good cause shown, the Court hereby **GRANTS** the Petition.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The partial arbitration award issued by the arbitration panel in *LG H&H Co. Ltd v. Kim et al*, ICC International Court of Arbitration CASE No. 27869/PDP on May 21, 2025 (the "Partial Award," attached as **Exhibit A**), and the final arbitration award issued in the same matter on December 23, 2025 (the "Final Award," attached as **Exhibit B**) are hereby **CONFIRMED** in all respects.

2. The parties shall bear their own fees and costs incurred in connection with the Petition to date.

3. Sunna Kim and Insil Kim are enjoined and restrained as described in Paragraph 290 of the Final Award until August 6, 2028.

**IT IS SO ORDERED**

DATED:

_____
HON. KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE

6043365.2

2

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD