JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNNA KIM,<br><br>       Petitioner,<br><br>   vs.<br><br>LG H&H CO., LTD.,<br><br>       Respondent. | Case No. 2:26-cv-03560-KS<br><br>[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD<br><br>***AS MODIFIED BY THE COURT<br><br>[Los Angeles County Superior Court Case No. 26stcp00929]<br><br>Assigned to Hon. Karen L. Stevenson, Chief Magistrate Judge<br>Courtroom 580 |

1

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD

Having considered all the papers filed regarding the unopposed Petition to Confirm the Arbitration Award ("Petition") and the proposed judgment lodged by the parties (Dkt. No. 17-1), and finding good cause shown, the Court hereby enters Judgment in this action as follows:

1. The partial arbitration award issued by the arbitration panel in *LG H&H Co. Ltd v. Kim et al*, ICC International Court of Arbitration CASE No. 27869/PDP on May 21, 2025 (the "Partial Award," attached as **Exhibit A** to the Notice of Lodging of Proposed Judgment (Dkt. No. 17-2)), and the final arbitration award issued in the same matter on December 23, 2025 (the "Final Award," attached as **Exhibit B** to the Notice of Lodging of Proposed Judgment (Dkt. No. 17-3)) are hereby **CONFIRMED** in all respects.

2. The parties shall bear their own fees and costs incurred in connection with the Petition to date.

3. Sunna Kim and Insil Kim are enjoined and restrained as described in Paragraph 290 of the Final Award until August 6, 2028.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED:   July 16, 2026

_Karen L. Stevenson_

HON. KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE

6043365.2

2

[PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD